DEC 21 2023 AM9:11
FILED - USDC - FLMD - ORL

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the

Matthew Larson

)
)
)
)
)
)
)
)
)

_____
Petitioner

v.

Case No. _____
(Supplied by Clerk of Court)

Worden of Coleman U.S.P
_____
Respondent
(name of warden or authorized person having custody of petitioner)

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1.  (a) Your full name: Matthew B Geoffrey Larson
    (b) Other names you have used:

2.  Place of confinement:
    (a) Name of institution: USP Coleman 2
    (b) Address: P.O. Box 1034, Coleman, FL 33521

    (c) Your identification number: 18630104

3.  Are you currently being held on orders by:
    ☑ Federal authorities    ☐ State authorities    ☐ Other - explain:

4.  Are you currently:
    ☐ A pretrial detainee (waiting for trial on criminal charges)
    ☑ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
    If you are currently serving a sentence, provide:
    (a) Name and location of court that sentenced you: Southern U.S District Court,
    West Palm Beach
    (b) Docket number of criminal case: unknown
    (c) Date of sentencing: September 20, 2018
    ☐ Being held on an immigration charge
    ☐ Other (explain):

### Decision or Action You Are Challenging

5.  What are you challenging in this petition:
    ☑ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

Page 2 of 9

© 2008 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

❏ Pretrial detention
❏ Immigration detention
❏ Detainer
❏ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
☑ Disciplinary proceedings
☑ Other (explain): Unlawful Confinement in S.H.U. That is To Say, Unlawfully raised security level resulting in Loss of Liberties

6.  Provide more information about the decision or action you are challenging:
    (a) Name and location of the agency or court: U.S.P Coleman Administrators

    (b) Docket number, case number, or opinion number: NONE
    (c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed): I am being held in S.H.U., AKA "The Hole" without cause and in retaliation For Filing Sexual Abuse Allegation
    (d) Date of the decision or action: October 11, 2023

### Your Earlier Challenges of the Decision or Action

7.  **First appeal**
    Did you appeal the decision, file a grievance, or seek an administrative remedy?
    ☑ Yes          ❏ No
    (a) If "Yes," provide:
        (1) Name of the authority, agency, or court:

        (2) Date of filing:
        (3) Docket number, case number, or opinion number:
        (4) Result:
        (5) Date of result:
        (6) Issues raised: I asked appropriate Staff on NOV. 27 For Grievance Forms, but they said NO

    (b) If you answered "No," explain why you did not appeal:

8.  **Second appeal**
    After the first appeal, did you file a second appeal to a higher authority, agency, or court?
    ❏ Yes          ❏ No

© 2008 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

    (a) If "Yes," provide:

        (1) Name of the authority, agency, or court:

        (2) Date of filing:
        (3) Docket number, case number, or opinion number:
        (4) Result:
        (5) Date of result:
        (6) Issues raised:

    (b) If you answered "No," explain why you did not file a second appeal:

9.    **Third appeal**

    After the second appeal, did you file a third appeal to a higher authority, agency, or court?

    ☐ Yes        ☐ No

    (a) If "Yes," provide:

        (1) Name of the authority, agency, or court:

        (2) Date of filing:
        (3) Docket number, case number, or opinion number:
        (4) Result:
        (5) Date of result:
        (6) Issues raised:

    (b) If you answered "No," explain why you did not file a third appeal:

10.    **Motion under 28 U.S.C. § 2255**

    In this petition, are you challenging the validity of your conviction or sentence as imposed?

    ☐ Yes        ☐ No

    If "Yes," answer the following:

    (a)    Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

        ☐ Yes        ☐ No

© 2008 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:
(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

(b)   Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?
☐ Yes            ☐ No
If "Yes," provide:
(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

(c)   Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence:

11.   **Appeals of immigration proceedings**
Does this case concern immigration proceedings?
☐ Yes            ☐ No
If "Yes," provide:
(a)   Date you were taken into immigration custody:
(b)   Date of the removal or reinstatement order:
(c)   Did you file an appeal with the Board of Immigration Appeals?
☐ Yes            ☐ No

© 2008 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:
(1) Date of filing:
(2) Case number:
(3) Result:
(4) Date of result:
(5) Issues raised:

(d)    Did you appeal the decision to the United States Court of Appeals?
□ Yes                    □ No
If "Yes," provide:
(1) Name of court:
(2) Date of filing:
(3) Case number:
(4) Result:
(5) Date of result:
(6) Issues raised:

12.    **Other appeals**
Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
□ Yes        □ No
If "Yes," provide:
(a) Kind of petition, motion, or application:
(b) Name of the authority, agency, or court:

(c) Date of filing:
(d) Docket number, case number, or opinion number:
(e) Result:
(f) Date of result:
(g) Issues raised:

© 2008 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**Grounds for Your Challenge in This Petition**

13.   State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** Violation of 14th Amendment right to equal Treatment, Due process of Law

(a) Supporting facts (Be brief. Do not cite cases or law.):
The Respondent is Not Adhering to National Bureau of Prisons Policies by Not conducting a PREA Investigation and Not seperating me from my Abuser. specifically, policy statement 115.65, 115.66, 115.67

(b) Did you present Ground One in all appeals that were available to you?
☑ Yes        ☐ No

**GROUND TWO:** Violation of Eighth Amendment Ban on use of Cruel and unusual punishment

(a) Supporting facts (Be brief. Do not cite cases or law.):
I have had my Liberty derived by being relegated to S.H.U. without a meaningful PREA investigation and by having Respondent Attempt to expose me to my Abuser

(b) Did you present Ground Two in all appeals that were available to you?
☑ Yes        ☐ No

**GROUND THREE:** Violation of Eighth Amendment Prohibition against cruel and unusual punishment

(a) Supporting facts (Be brief. Do not cite cases or law.):
I am being punished For requesting protective Custody

(b) Did you present Ground Three in all appeals that were available to you?
☑ Yes        ☐ No

© 2008 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:**

(a) Supporting facts (*Be brief. Do not cite cases or law.*):

(b) Did you present Ground Four in all appeals that were available to you?
❏ Yes          ❏ No

14.  If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:

**Request for Relief**

15. State exactly what you want the court to do:  Order me Transferred to a Facility where I will be safe

© 2008 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

### Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

12-1-2023

I declare under penalty of perjury that I am the petitioner. I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 12-1-2023

_Matthew Perry_

Signature of Petitioner

Signature of Attorney or other authorized person, if any

Page 9 of 9

© 2008 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.